RUTH R. PINCUS, Respondent, v. MARTIN STEFFANSON, Appellant.— Appeal by defendant from an order denying a motion to direct plaintiff to serve an amended complaint separately stating and numbering the causes of action or to dismiss the complaint or to strike out certain paragraphs thereof. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH C. SHEEHAN, Appellant.— Defendant appeals from an order denying his motion in the nature of *coram nobis* to vacate a judgment convicting him of murder in the second degree, entered upon his plea of guilty. Order affirmed. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR A. WARNER, Appellant.— Appeal by defendant from an order of the County Court, Orange County, denying his application in the nature of a writ of error *coram nobis* to vacate a judgment convicting him of the crime of forgery in the second degree, as a second felony offender. The previous conviction alleged against defendant was for " Breaking, Entering and Larceny " in the State of New Jersey, in violation of the statute. (See N. J. Stat. Ann., former §§ 2 :115-1, 2 :115-2.) Order affirmed. (*People* v. *Lopata,* 274 App. Div. 940.) Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY CHIERT, on Behalf of ROBERT STEVENSON, Appellant, against JOHN F. MCNEILL, as Superintendent of Matteawan State Hospital, Respondent.— In 1948 the relator's friend was committed to Matteawan State Hospital under sections 658 *et seq.* of the Code of Criminal Procedure. In 1952 (*cf.* Mental Hygiene Law, § 76) the relator brought this habeas corpus proceeding to obtain the inmate's release on the ground that he is capable of understanding the criminal charge against him, the proceedings in connection therewith, and to make his defense thereto. On the return of the writ the relator demanded a jury trial as of right, and the application was denied. The relator did not offer any proof of mental condition, and the writ was dismissed and the inmate remanded to the hospital. Order affirmed, without costs. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

RITA STINER, Appellant, v. HENRY STINER, Respondent.— In a proceeding in the Domestic Relations Court of the City of New York, Family Court Division, Kings County, the petitioner appeals from an order which denied her application for support on a means basis. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.